Freddie Eugene CASEY,
Plaintiff-Appellant,

v.

Harold W. CLARKE, Director VADOC;
Sgt. Large, Correctional Sergeant;
Messer, C/O; Barton, C/O; Mead, C/O;
Gibson, C/O; Young, C/O; Nurse
Wood, Institutional Nurse, Defendants-Appellees.

No. 17-6008

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Freddie Eugene Casey, Appellant Pro Se. Jessica Leigh Berdichevsky, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for the Appellees.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddie Eugene Casey appeals the district court's order dismissing his civil rights complaint for failure to state a claim and exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Casey v. Clarke*, No. 7:15-cv-00689-JPJ-RSB, 2016 WL 7030973 (W.D. Va. Dec. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*